UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NICHOLAS GLISSON (Estate of) Alma Glisson, Personal Representative of Estate, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:12-cv-01418-SEB-MJD |
| INDIANA DEPARTMENT OF CORRECTION, et al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Order to Show Cause. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 1/18/2018

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF